AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Central District of California

| | |
|---|---|
| GOLDENWEST DIAMOND CORPORATION, a California corporation, <br><br> *Plaintiff(s)* <br> v. <br> JEWELRY EXCHANGE CENTER INC., a California corporation; EDWIN NOVEL JEWELRY DESIGN, INC., a California corporation; EDWIN NOVEL, an individual; and DOES 1 through 100, inclusive, <br> *Defendant(s)* | Civil Action No. 8:25-cv-02760 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Edwin Novel
801 S. Grand Ave., Suite 818
Los Angeles, California 90017

-or-
650 S. Hill Street, Suite 713
Los Angeles, California 90014-1754

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Brian P. Kinder, Esq.
THE KINDER LAW GROUP, APC
19200 Von Karman Avenue, Fourth Floor
Irvine, California 92612
P: (949) 216-3070; E: bkinder@tklglaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____           _____
*Signature of Clerk or Deputy Clerk*